Case 8:20-cr-00309-GTS   Document 1   Filed 10/14/20   Page 1 of 3



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 1 4 2020
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  8:20-CR-309 (GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **AUSTIN MOLITOR A/K/A "LIZZARD,"** | ) Violation:  18 U.S.C. §§ 1038(a)(1)(A) and 371 [Conspiracy to Commit False Information and Hoaxes] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:  Clinton |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Conspiracy to Commit False Information and Hoaxes]**

From in or about November 2017 through on or about December 1, 2017, in Clinton County in the Northern District of New York, and elsewhere, the defendant, **AUSTIN MOLITOR A/K/A "LIZZARD,"** and others, conspired to knowingly and willfully commit offenses against the United States: that is, to engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 40, 44B, and 113B of Title 18 of the United States Code, specifically, Sections 842, 924 and 2332a, that is, to cause to be delivered by electronic mail a message indicating he was going to detonate explosives at a specific hospital in Plattsburgh, New York and then kill any survivors of the explosion, in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## OVERT ACTS

1. In or about November 2017, Co-conspirator A advised **MOLITOR** and Co-conspirator B of a dispute Co-conspirator A had online with Individual-1 over an "in-game trade." **MOLITOR**, Co-conspirator A and Co-conspirator B decided to harass Individual-1 in retaliation.

2. In or about November 2017, Co-conspirator A provided **MOLITOR** and Co-conspirator B with Individual-1's true identity, which Co-conspirator A had researched on Facebook.

3. In or about November 2017, **MOLITOR** located a hospital in Plattsburgh, New York to which **MOLITOR**, Co-conspirator A and Co-conspirator B agreed to send threatening messages in Individual-1's name. **MOLITOR**, Co-conspirator A and Co-conspirator B used a template from Co-conspirator B's email account to craft the threatening messages.

4. On or about November 29, 2017, **MOLITOR**, Co-conspirator A and Co-conspirator B posted, or caused to be posted, a message to the hospital's Facebook page that read in part, "[Individual-1] is going to get her f****** raped and killed by acting like a gangster and fake hacker saying the n word and threatening with his guns. He also does drugs with his mother." Pictures were also posted that same day on the Facebook page of a dog sitting near a gun and of Individual-1.

5. On December 1, 2017 at approximately 9:59 a.m., **MOLITOR**, Co-conspirator A and Co-conspirator B sent, or caused to be sent, an email message to the hospital via the contact section of its main website. The message said, "My name is [Individual-1], over the past few weeks my life has been ruined and I don't believe I should live anymore. I have tears in my eyes writing this, so I believe other people should know what it's like to have everything they love taken away from them. I have planted explosives in the building and I'm going to detonate them tomorrow, then I'm going to come with an illegally bought AR-15 and I'm going to mow down all of the survivors.

My father and I are doing this because of [Individual-2]."

All in violation of Title 18, United States Code, Section 371.

Dated:   October 14, 2020

A TRUE BILL,

*name redacted

_____
Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By:   _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096